FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 11, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTINA L., <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | No. 2:18-CV-00332-SAB <br><br> **ORDER ADOPTING REPORT AND RECOMMENDATION** |

On February 25, 2020, Magistrate Judge Mary K. Dimke issued a Report and Recommendation to grant Plaintiff's Motion for Summary Judgment, ECF No. 22, and to deny Defendant's Motion for Summary Judgment, ECF No. 23. ECF No. 25. No timely objections to the Report and Recommendation were filed. Accordingly, the Court adopts the Report and Recommendation in full.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Court **adopts** Magistrate Judge Dimke's Report and Recommendation, ECF No. 25, in its entirety.

2. Plaintiff's Motion for Summary Judgment, ECF No. 22, is **GRANTED**.

3. Defendant's Motion for Summary Judgment, ECF No. 23, is **DENIED**.

4. The District Court Executive is directed to enter judgment in favor of Plaintiff and against Defendant. The ALJ's decision is **REVERSED** and

**ORDER ADOPTING REPORT AND RECOMMENDATION \* 1**

**REMANDED** for further proceedings consistent with this Order pursuant to sentence four of 42 U.S.C. § 405(g).

5. On remand, in order to fully develop the record, the ALJ shall:

    a. Assist in securing all of Plaintiff's available mental health records;

    b. If necessary, order Plaintiff to undergo a consultative psychological or psychiatric examination; and

    c. Secure the testimony of a psychological expert based on the record as a whole, including the Range Mental Health Center records.

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order, forward copies to counsel, and **close the file**.

**DATED** this 11th day of March 2020.



Stanley A. Bastian
United States District Judge